**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7348**

---

CHARLES A. CRAWLEY, JR.,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; MICHAEL MOORE, Director of the South Carolina Department of Corrections; CHARLES MOLONY CONDON, Attorney General of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Patrick Michael Duffy, District Judge.  (CA-95-1485-0-23-BD)

---

Submitted:  July 10, 1997        Decided:  July 22, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charles A. Crawley, Jr., Appellant Pro Se.  Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Crawley v. South Carolina, No. CA-95-1485-0-23-BD (D.S.C. Aug. 14, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED